## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharon A. Kratzer fka Sharon A. Martinez | CHAPTER 13 |
| Debtor | BKY. NO. 12-16922 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

Re: Loan # Ending In: 3904

                                         Respectfully submitted,

                                         **/s/Joshua I. Goldman, Esquire**
                                         Joshua I. Goldman, Esquire
                                         Thomas Puleo, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6306  FAX (215) 825-6406