United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sharon A. Kratzer
    Debtor

Case No. 12-16922-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                    Page 1 of 2                    Date Rcvd: Sep 14, 2017
                              Form ID: 138NEW              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
```
db          +Sharon A. Kratzer,    27 S. Carlisle Street,    Allentown, PA 18109-2558
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12812674   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank of America,     P.O. Box 982238,    EL Paso, TX 79998)
12812677    +Citibank/Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
12812678    +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
12812679    +HSBC Bank Nevada,    P.O. Box 2013,    Buffalo, NY 14240-2013
12812680    +HSBC/Boscvos,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12812681    +IC Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
12812682    +RCN,    2124 Avenue C,    Bethlehem, PA 18017-2120
12812684    +Verizon Pennsylvania,    500 Technology Drive,    Weldon Springs, MO 63304-2225
12940984    +WELLS FARGO BANK, NA,    ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,
              3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
12812685    +Wells Fargo Bank, N.A.,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: robertsl2@dnb.com Sep 15 2017 04:01:35      Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2017 04:01:09
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2017 04:01:44      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12812672    +E-mail/Text: EBNProcessing@afni.com Sep 15 2017 04:01:33      AFNI,    P.O. Box 3097,
              Bloomington, IL 61702-3097
12812673    +E-mail/Text: g20956@att.com Sep 15 2017 04:02:05      AT&T,    P.O. Box 537104,
              Atlanta, GA 30353-7104
12812675    +E-mail/Text: ebn@squaretwofinancial.com Sep 15 2017 04:01:43      CACH, LLC,
              4340 S. Monaco. 2nd Flr.,    Denver, CO 80237-3485
12905216     E-mail/Text: bknotice@crgofusa.com Sep 15 2017 04:01:45
              InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
              DALLAS, TX 75312-3203
12894992     E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 15 2017 04:01:37      Jefferson Capital Systems LLC,
              PO BOX 7999,    SAINT CLOUD MN 56302-9617
12900102     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2017 04:06:19
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12812683     E-mail/Text: appebnmailbox@sprint.com Sep 15 2017 04:01:28      Sprint Nextel Correspondence,
              Attn: Bankruptcy Dept.,    PO Box 7949,    Overland Park, KS  66207-0949
                                                                                              TOTAL: 10
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12812676*    +CACH, LLC,    4340 S. Monaco. 2nd Flr.,    Denver, CO 80237-3485
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: dlv                 Page 2 of 2                  Date Rcvd: Sep 14, 2017
                              Form ID: 138NEW           Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JASON M. RAPA    on behalf of Debtor Sharon A. Kratzer jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;krapa@rapalegal.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sharon A. Kratzer
      Debtor(s)

Bankruptcy No: 12–16922–ref
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/14/17

38 – 36
Form 138_new